| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF PENNSYLVANIA |
| Case number *(if known)* _____ Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Thomas, Scott A.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names
DBA  Strawberry House Family Restaurant
DBA  Strawberry Farm Restaurant
DBA  Strawberry Family Restaurant

**3. Debtor's federal Employer Identification Number** (EIN)
23-2591720
27-1120094

**4. Debtor's address**

Principal place of business

**3152 Middle Creek Rd.**
**Gilbertsville, PA 19525-9465**
Number, Street, City, State & ZIP Code

**Montgomery**
County

Mailing address, if different from principal place of business

_____
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business
**3771 Layfield Road Pennsburg, PA 18073-1953**
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)  _____

**6. Type of debtor**
☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
■ Other. Specify:  **Individual**

Debtor  **Thomas, Scott A.**                                    Case number (*if known*) _____
        Name

7. **Describe debtor's business**   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ■ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ■ Chapter 11. *Check **all** that apply*:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   ☐ No.
   ■ Yes.

   | District | **Eastern District of Pennsylvania** | When | **10/27/20** | Case number | **20-14257** |
   | District | **Eastern District of Pennsylvania** | When | **5/23/16** | Case number | **16-13670** |

Debtor **Thomas, Scott A.**                                                                                                   Case number (*if known*)
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
  Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49           ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99          ☐ 5001-10,000        ☐ 50,001-100,000
☐ 100-199        ☐ 10,001-25,000      ☐ More than 100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
■ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                     page 3

Debtor   **Thomas, Scott A.**                                                                Case number (*if known*)
         Name

|  | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
|--|--|--|--|
|  | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|  | ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Thomas, Scott A.**     Case number (*if known*)
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 24, 2021**
               MM / DD / YYYY

**X**   **/s/ Scott A. Thomas**            **Scott A. Thomas**
Signature of authorized representative of debtor     Printed name

Title

**18. Signature of attorney**

**X**   **/s/ John R. K. Solt, Esquire**     Date **August 24, 2021**
Signature of attorney for debtor                      MM / DD / YYYY

**John R. K. Solt, Esquire**
Printed name

**John R. K. Solt, P.C.**
Firm name

**Gateway Professional Center**
**2045 Westgate Dr., Suite 404B**
**Bethlehem, PA 18017**
Number, Street, City, State & ZIP Code

Contact phone   **610-865-2465**     Email address   **jsolt.soltlaw@rcn.com**

**24686 PA**
Bar number and State

```
2015 Boyertown Area School District
911 Montgomery Avenue
Boyertown, PA 19512


American Express National Bank
c/o Becket and Lee LP
P.O. Box 3001
Malvern, PA 19355-0701


Anderson Lee Hartzell, Esquire
PA Dept of Environmental Protection
SE Regional Office
2 E. Main Street
Norristown, PA 19401


BB&T Bank
200 West 2nd Street
Winston Salem, NC 27101


Becket and Lee, LLP
P.O. Box 3001
Malvern, PA 19355-0701


First Data Merchant Services
1 Western Maryland Pkwy
Hagerstown, MD 21740


Gerhart Hartman & Ritner Ltd.
138 S. Reading Ave.
Boyertown, PA 19512


Gordon and Larry Heimbach
c/o Matthew G. Brushwood, Esq.
50 North 5th Street
2nd Floor
Reading, PA 19601
```

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


KML Law Group, P.C.
701 Market Street
Suite 5000
BNY Independence Center
Philadelphia, PA 19106


Lessel & Company PC
429 W. Main Street
Kutztown, PA 19530


Matthew Kells, Tax Collector
803 Gravel Park
P.O. Box 282
Palm, PA 18070


Meinzer Law Offices
516 Main Street
Pennsburg, PA 18073


Midland Funding LLC
by American Infosource LP
P.O. Box 4457
Little Rock, AR 72210-4457


Molly Bauer, Tax Collector
2664 Shady Lane
Pottstown, PA 19464


Montgomery County Tax Claim Bureau
c/o Michael D. Vagnoni, Esq.
Centre Square West, Suite 3400
1500 Market Street
Philadelphia, PA 19102

```
Montgomery County Tax Claim Bureau
P.O. Box 190
Norristown, PA 19404-0311



PA Department of Revenue
Norristown District Office
151 W Marshall Street
Norristown, PA 19401



PA Dept of Revenue
Dept 280946
Attn: Bankruptcy Division
Harrisburg, PA 17128-0946



Portfolio Recovery Associates
P.O. Box 41067
Norfolk, VA 23541



PPL Electric Utilites
827 Hausman Rd.
Allentown, PA 18104-9392



Sears/CBSD
701 E 60th Street N.
P.O. Box 6241
Sioux Falls, SD 57117



Synchrony Bank
c/o PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA 23541



Tabitha Knause
1543 E. Philadelphia Ave.
Gilbertsville, PA 19525
```

United Guaranty Residential Insurance
Company of NC
P.O. Box 20327
Greensboro, NC 27420


Upper Perkiomen School District
c/o Portnoff Law Associates Ltd
P.O. Box 3020
Norristown, PA 19404-3020


Waldman Law Group PC
3 Park Plaza
Reading, PA 19610


Wells Fargo Bank, N.A.
Business Direct Division
100 W. Washington Street
8th Floor
Phoenix, AZ 85003


Wilmington Savings Fund Society FSB
c/o Selene Finance, LP
9990 Richmond Ave, Suite 400 South
Attn Bk Dept
Houston, TX 77042