# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 21-12333-elf |
| SCOTT A. THOMAS, | : | |
| Debtor | : | Chapter 11 |

## ORDER

Upon consideration of the Debtor's Motion to Determine the Value of the Secured Claim of Arch Mortgage Assurance Company, LLC, Pursuant to 11 U.S.C. § 506(a) and Rule 3012 of the Federal Rules of Bankruptcy Procedure (the "Motion"), any response thereto, and after hearing thereon, it is hereby

ORDERED that

1. The Motion is hereby GRANTED, and

2. The secured claim of Arch Mortgage Assurance Company is disallowed. Arch shall have an allowed general unsecured claim in the sum of $126,116.78.

BY THE COURT:

_____
Eric L. Frank
United States Bankruptcy Judge