**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 21-12333-elf |
| SCOTT A. THOMAS, | : | |
| Debtor | : | Chapter 11 |

## CERTIFICATE OF SERVICE

      I, John R. K. Solt, Esquire, attorney for Debtor, do hereby certify that I served a copy of the Debtor's Motion to Determine the Value of the Secured Claim of Arch Mortgage Assurance Company, and Notice of Motion, Response Deadline and Hearing Date upon the following individuals at the addresses listed below by first class mail, or by electronic means, on November 15, 2021:

MATTHEW GREGORY BRUSHWOOD on behalf of Creditor Larry L. Heimbach
mbrushwood@barley.com, jrachor@barley.com;cbrelje@barley.com;tshober@barley.com

RICHARD E. FURTEK, CPA
rfurtek@furtekassociates.com, cref11@trustesolutions.net

JOHN HENRY SCHANNE on behalf of U.S. Trustee United States Trustee
John.Schanne@usdoj.gov

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

CHARLES GRIFFIN WOHLRAB on behalf of Creditor Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2014-1TT
cwohlrab@raslg.com

JAMES RANDOLPH WOOD on behalf of Creditor Upper Perkiomen School District
jwood@portnoffonline.com, jwood@ecf.inforuptcy.com

Arch Mortgage Assurance Company
c/o Prober & Raphael, A Law Corporation
20750 Ventura Blvd., Suite 100
Woodland Hills, CA 91364

Arch Mortgage Assurance Company
P.O. Box 20327
Greensboro, NC 27420

Synchrony Bank
c/o PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA 23541

John Henry Schanne
US Department of Justice/US Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

James Randolph Wood
Portnoff Law Associates, Ltd.
2700 Horizon Drive
Suite 100
King of Prussia, PA 19406

Charles Griffin Wohlrab
Robertson, Anschutz, Schneid, Crance & Partners
10700 Abbot's Bridge Rd.
Duluth, GA 30097

Wells Fargo Bank, N.A.
Business Direct Division
100 W. Washington Street
8th Floor
Phoenix, AZ 85003

PA Dept. of Revenue
Dept. 280946
Attn: Bankruptcy Division
Harrisburg, PA 17128

BB&T Bank
200 West 2nd Street
Winston Salem, NC 27101


Date:  11/9/2021                              JOHN R. K. SOLT, P.C.

                                              By: /s/ John R. K. Solt
                                              JOHN R. K. SOLT, ESQUIRE
                                              I.D. No. 24686
                                              2045 Westgate Drive, Suite 404B
                                              Bethlehem, PA 18017
                                              Phone: (610) 865-2465
                                              Facsimile: (610) 691-2018
                                              jsolt.soltlaw@rcn.com