## EXHIBIT A

The Debtor operates the Strawberry Family Restaurant in Pennsburg, Pennsylvania. The Restaurant was started by the Debtor's parents in 1981. The Debtor took over ownership and daily operations in 2000.

In 2009, the Debtor developed health issues which resulted in him becoming wheelchair bound in 2010. The Debtor was assisted in the operations of the Restaurant by his then fiancé. However, the parties separated in late 2009. As a result of the Debtor's disability and the loss of the assistance of his fiancé, the Debtor had to hire three employees. Net income decreased dramatically causing the Debtor to fall behind on his obligations.

Since 2015, the Debtor's current companion has been assisting with the operation of the Restaurant. The Restaurant had a positive cash flow prior to March, 2020, at which time the Restaurant was forced to close due to the COVID pandemic.

The Restaurant reopened in September, 2020 for breakfast. Due to a severe labor shortage, the Debtor was unable to find staff in order to reopen for lunch and dinner. However, since mid-October, 2021, the Debtor has reopened for lunch and dinner.

The Debtor's gross sales have increased steadily since February of this year. Gross revenue has gone from $24,986.00 in February to $51,498.56 in October. The Debtor believes the upward trend will continue as his customer base returns.

The filing of the bankruptcy was precipitated by a pending sheriff sale of the Debtor's residence by the first mortgage holder. The Debtor was approved by the lender for a trial loan modification in 2020 and made the first three trial payments. However, the Debtor was forced to close the Restaurant in March, 2020 causing him to default on this trial payments. The Debtor has recently reapplied for a loan modification based on the recovery of his income.