# EXHIBIT B

## Debtor's Liquidation Analysis

Assets

| Real Estate | Estimated Value | Net Liquidation Value |
|---|---|---|
| 1. 3152 Middle Creek Rd. Gilbertsville, PA 19525 | $344,500.00 | 0 |
| Delinquent real estate taxes | $1,453.73 | |
| Mortgage to WSFS | $347,171.60 (est.) | |
| Mortgage to Arch | $126,116.78 | |
| PA DOR lien | $175,009.49 | |
| Estimated costs of sale (10%) | $ 34,500.00 | |
| 2. 3771 Layfield Rd. Pennsburg, PA 18073 | $360,000.00 | |
| Delinquent real estate taxes | $33,090.36- TCB $80,509.41-UPSD | |
| Mortgage to Larry Heimbach | $151,568.43 | |
| PA DOR lien | $175,009.49 | |
| Estimated costs of sale (10%) | $ 36,000.00 | 0 |
| Personal Property | $48,072.88 | |
| - Exempt property | ($48,072.88) | |
| Estimated Percentage Distribution | | 0.0% |