## Exhibit C

Exhibit C is a projection of the Debtor's income and expenses over the coming year.

"Net ordinary income" reflects the Debtor's "Disposable Income" as that term is defined in 11 U.S.C. §1191(d)(2).[i]

These figures are the Debtor's best estimates. Thus far, the Debtor has filed a partial monthly operating report ("MOR") for August, 2021, and complete MORS for September and October, 2021. Copies of the MORS are attached hereto as Exhibit C-1. The Debtor had approximately $4,700.00 in net cash flow in October. The Debtor expects business to continue to rebound and for the business to generate average monthly net profits of $6,000.00 or more over the life of the plan. The actual Disposable Income will be calculated quarterly and remitted to the Trustee for distribution pursuant to the terms of the Plan.

---

[i] "Disposable Income" means income that is received by the Debtor that is not reasonably necessary to be expended for the expenditures necessary for the continuation, preservation, or operation of the business of the Debtor.

**2022 Financial Projection**

| | Jan. | Feb. | March | April | May | June | July | Aug. | Sept. | Oct. | Nov. | Dec. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Income | $ 55,000.00 | $ 55,000.00 | $ 55,000.00 | $ 55,000.00 | $ 55,000.00 | $ 55,000.00 | $ 55,000.00 | $ 55,000.00 | $ 55,000.00 | $ 55,000.00 | $ 55,000.00 | $ 55,000.00 |
| **Expenses** | | | | | | | | | | | | |
| accounting | $ 125.00 | $ 125.00 | $ 125.00 | $ 125.00 | $ 125.00 | $ 125.00 | $ 125.00 | $ 125.00 | $ 125.00 | $ 125.00 | $ 125.00 | $ 125.00 |
| advertising | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 |
| bank service charges | $ 10.00 | $ 10.00 | $ 10.00 | $ 10.00 | $ 10.00 | $ 10.00 | $ 10.00 | $ 10.00 | $ 10.00 | $ 10.00 | $ 10.00 | $ 10.00 |
| food and supplies | $ 24,000.00 | $ 24,000.00 | $ 24,000.00 | $ 24,000.00 | $ 24,000.00 | $ 24,000.00 | $ 24,000.00 | $ 24,000.00 | $ 24,000.00 | $ 24,000.00 | $ 24,000.00 | $ 24,000.00 |
| electricity | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 |
| entertainment | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 |
| equipment lease | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 |
| ice | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 |
| insurance | $ 688.00 | $ 688.00 | $ 688.00 | $ 688.00 | $ 688.00 | $ 688.00 | $ 688.00 | $ 688.00 | $ 688.00 | $ 688.00 | $ 688.00 | $ 688.00 |
| linens | $ 340.00 | $ 340.00 | $ 340.00 | $ 340.00 | $ 340.00 | $ 340.00 | $ 340.00 | $ 340.00 | $ 340.00 | $ 340.00 | $ 340.00 | $ 340.00 |
| merchant fees | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 |
| mortgage | $ 1,038.00 | $ 1,038.00 | $ 1,038.00 | $ 1,038.00 | $ 1,038.00 | $ 1,038.00 | $ 1,038.00 | $ 1,038.00 | $ 1,038.00 | $ 1,038.00 | $ 1,038.00 | $ 1,038.00 |
| office supplies | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 | $ 70.00 |
| payroll tax expenses | $ 1,100.00 | $ 1,100.00 | $ 1,100.00 | $ 1,100.00 | $ 1,100.00 | $ 1,100.00 | $ 1,100.00 | $ 1,100.00 | $ 1,100.00 | $ 1,100.00 | $ 1,100.00 | $ 1,100.00 |
| postage | $ 25.00 | $ 25.00 | $ 25.00 | $ 25.00 | $ 25.00 | $ 25.00 | $ 25.00 | $ 25.00 | $ 25.00 | $ 25.00 | $ 25.00 | $ 25.00 |
| real estate taxes | $ 415.00 | $ 415.00 | $ 415.00 | $ 415.00 | $ 415.00 | $ 415.00 | $ 415.00 | $ 415.00 | $ 415.00 | $ 415.00 | $ 415.00 | $ 415.00 |
| repairs and maintenance | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 |
| telephone | $ 210.00 | $ 210.00 | $ 210.00 | $ 210.00 | $ 210.00 | $ 210.00 | $ 210.00 | $ 210.00 | $ 210.00 | $ 210.00 | $ 210.00 | $ 210.00 |
| trash removal | $ 185.00 | $ 185.00 | $ 185.00 | $ 185.00 | $ 185.00 | $ 185.00 | $ 185.00 | $ 185.00 | $ 185.00 | $ 185.00 | $ 185.00 | $ 185.00 |
| utilities | $ 1,700.00 | $ 1,700.00 | $ 1,700.00 | $ 1,700.00 | $ 1,700.00 | $ 1,700.00 | $ 1,700.00 | $ 1,700.00 | $ 1,700.00 | $ 1,700.00 | $ 1,700.00 | $ 1,700.00 |
| wages- officer-gross | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 |
| wages- employees | $ 8,000.00 | $ 8,000.00 | $ 8,000.00 | $ 8,000.00 | $ 8,000.00 | $ 8,000.00 | $ 8,000.00 | $ 8,000.00 | $ 8,000.00 | $ 8,000.00 | $ 8,000.00 | $ 8,000.00 |
| **Total Expenses** | $ 48,206.00 | $ 48,206.00 | $ 48,206.00 | $ 48,206.00 | $ 48,206.00 | $ 48,206.00 | $ 48,206.00 | $ 48,206.00 | $ 48,206.00 | $ 48,206.00 | $ 48,206.00 | $ 48,206.00 |
| **Net Ordinary Income** | $ 6,794.00 | $ 6,794.00 | $ 6,794.00 | $ 6,794.00 | $ 6,794.00 | $ 6,794.00 | $ 6,794.00 | $ 6,794.00 | $ 6,794.00 | $ 6,794.00 | $ 6,794.00 | $ 6,794.00 |

Plan payments of $6,000.00 per month, together with any Disposable Income in excess of $6,000.00 for 60 months.