**Fill in this information to identify the case:**

Debtor Name  Scott A. Thomas

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number: 21-12333-pmm

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month:          August

Date report filed: 09/22/2021
MM / DD / YYYY

Line of business:  retail restaurant

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:          Scott A. Thomas

Original signature of responsible party   *Scott A. Thomas*

Printed name of responsible party      Scott A. Thomas

### ▉ 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Scott A. Thomas                                    Case number  21-12333-pmm

17.  Have you paid any bills you owed before you filed bankruptcy?                                 ☑    ☐    ☐

18.  Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☑    ☐    ☐

## 2. Summary of Cash Activity for All Accounts

19.  **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.                                    $    1,095.65

20.  **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.                                 $    8,335.09

21.  **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.                                 − $    7,665.24

22.  **Net cash flow**

Subtract line 21 from line 20 and report the result here.                         + $    669.85
This amount may be different from what you may have calculated as *net profit*.

23.  **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.                                = $    1,765.50

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24.  **Total payables**                                               $    0.00

(Exhibit E)

Debtor Name  Scott A. Thomas                                             Case number 21-12333-pmm

---

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                    $ _____0.00

      *(Exhibit F)*

---

### 5. Employees

26. What was the number of employees when the case was filed?                                _____5

27. What is the number of employees as of the date of this monthly report?                   _____5

---

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?   $ ___10,000.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____0.00

30. How much have you paid this month in other professional fees?                            $ _____0.00

31. How much have you paid in total other professional fees since filing the case?           $ _____0.00

---

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                                        $ _____

36. Total projected cash disbursements for the next month:                                 − $ _____

37. Total projected net cash flow for the next month:                                      = $ _____

---

Debtor Name  Scott A. Thomas                                        Case number 21-12333-pmm

▮  **8. Additional Information**

If available, check the box to the left and attach copies of the following documents.

☑  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

## Schedule C

| Cash Sales | | Credit Card |
| --- | --- | --- |
| 8/24/21- | $202.23 | |
| 8/25/21 - | $311.85 | $295.88 |
| 8/26/21- | $280.13 | $390.20 |
| 8/27/21- | $374.54 | $446.09 |
| 8/28/21- | $405.86 | $283.54 |
| 8/29/21- | $716.61 | $1,189.40 |
| 8/30/21- | $1,132.51 | $1,705.33 |
| 8/31/21- | $322.06 | $278.86 |
| Total: | $3,745.79 | $4,589.30 |
| Total: | $8,335.09 | |

Schedule D:

Cash:

8/28 - 211.00   Hearth Bakery — Bread & Rolls
8/28 - 190.89   Bimbo        — Bread & Rolls

Checks:

8/24 - #399 - 1527.418   Gross Foods - Food
8/25 - #398 - 785.14     R+R Provisions - Meat
8/31 - #337 - 1676.22    Sysco Foods - Food
8/31 - #347 - 2637.80    Gross Foods - Food
8/31 - #461 - 300.00     Golden Malted Waffle — Waffle mix
8/31 - #402 - 172.00     Ellis Coffee — Coffee

Debit Card:

8/30 - 22.42   Amazon — Paper
8/30 - 44.95   Amazon — Bariatric Vitamins
8/30 - 57.90   Amazon — Ink Cart.
8/30 - 31.80   Amazon — Truffle oil
8/30 - 7.64    Amazon — Wood Skewers



Page 1 of 3    08/31/21
PA    1390010863208


BB&T

719-71-01-00 20195 0 C 001 30    50 004
SCOTT A THOMAS
DBA STRAWBERRY FAMILY RESTAURANT
3152 MIDDLE CREEK RD
GILBERTSVILLE PA  19525-9465

# Your account statement
For 08/31/2021

## Contact us

 BBT.com

 (800) BANK-BBT or
(800) 226-5228

## Coming soon

**Important information about your transition from BB&T to Truist is on the way. You'll receive your details by mail in September 2021.**

©2021, Truist Financial Corporation. Truist Bank, Member FDIC.

## Account summary

| | |
|---|---|
| Your previous balance as of 07/30/2021 | $1,546.77 |
| Checks | - 18,711.70 |
| Other withdrawals, debits and service charges | - 4,722.34 |
| Deposits, credits and interest | + 24,788.20 |
| Your new balance as of 08/31/2021 | = $2,900.93 |

## Checks

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 08/03 | 336 | 472.88 | 08/02 | *387 | 375.43 | 08/16 | 395 | 388.00 |
| 08/31 | 337 | 1,676.22 | 08/09 | 388~ | | 08/16 | 396 | 94.38 |
| 08/05 | *341 | 80.07 | 08/04 | 389 | 634.28 | 08/18 | 397 | 94.00 |
| 08/16 | *345 | 735.74 | 08/10 | 390 | 2,852.50 | 08/25 | 398 | 1,527.48 |
| 08/23 | 346 | 92.80 | 08/03 | 391 | 89.00 | 08/24 | 399 | 785.14 |
| 08/31 | 347 | 2,637.60 | 08/09 | 392 | 396.40 | 08/23 | 400 | 401.20 |
| 08/02 | *383 | 604.80 | 08/19 | 393 | 2,314.19 | 08/31 | 401 | 300.00 |
| 08/05 | *385 | 830.80 | 08/17 | 394 | 1,156.79 | 08/31 | 402 | 172.00 |

\* indicates a skip in sequential check numbers above this item
~ indicates an electronically converted check. See "Other withdrawals, debits and service charges"

Total checks = $18,711.70

## Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 08/02 | DEBIT CARD PURCHASE AMZN Mktp US*2P7R3 07-30 Amzn.com/bill  WA 4490 | 67.72 |
| 08/04 | DEBIT CARD PURCHASE RESTAURANTSTORE.CO 08-02 717-392-7974  PA 4490 | 510.69 |
| 08/04 | INTERNET PAYMENT ACH      WHITETAIL DISPOS 610-754-0103 | 800.00 |
| 08/09 | CONVERTED CHECK - ARC PAYMENT   CMS MEDICARE 0388388 | 594.00 |
| 08/11 | FE ECHECK FIRSTENERGY OPCO 4651 THOMAS SCOTT A | 449.01 |
| 08/13 | ACH CORP DEBIT ELEC BILL PP STRAWBERRY FAMILY RE CUSTOMER ID 1154021030 | 1,500.00 |
| 08/19 | DEBIT CARD PURCHASE RESTAURANTSTORE.CO 08-18 717-392-7974  PA 4490 | 730.02 |
| 08/19 | PRIOR DAY OD FEE-$36/ITM | 36.00 |

*continued*

(continued)

| DATE | DESCRIPTION | AMOUNT($) |
|------|-------------|-----------|
| 08/23 | DEBIT CARD PURCHASE 001 DEBTORCC INC 08-21 201-2289040    NJ 4490 | 34.90 |
| Total other withdrawals, debits and service charges | | = $4,722.34 |

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT($) |
|------|-------------|-----------|
| 08/02 | 210802P2  Square Inc Strawberry Family Rest CUSTOMER ID L208643907353 | 900.94 |
| 08/02 | 210802P2  Square Inc Strawberry Family Rest CUSTOMER ID L208643907354 | 2,680.66 |
| 08/03 | 210803P2  Square Inc Strawberry Family Rest CUSTOMER ID L208644254677 | 340.60 |
| 08/04 | 210804P2  Square Inc Strawberry Family Rest CUSTOMER ID L208644507067 | 299.88 |
| 08/05 | 210805P2  Square Inc Strawberry Family Rest CUSTOMER ID L208644822495 | 215.18 |
| 08/06 | 210806P2  Square Inc Strawberry Family Rest CUSTOMER ID L208645157640 | 596.71 |
| 08/09 | 210809P2  Square Inc Strawberry Family Rest CUSTOMER ID L208645737806 | 626.27 |
| 08/09 | 210809P2  Square Inc Strawberry Family Rest CUSTOMER ID L208645737807 | 2,688.73 |
| 08/10 | 210810P2  Square Inc Strawberry Family Rest CUSTOMER ID L208646092874 | 558.19 |
| 08/11 | 210811P2  Square Inc Strawberry Family Rest CUSTOMER ID L208646335927 | 376.93 |
| 08/12 | 210812P2  Square Inc Strawberry Family Rest CUSTOMER ID L208646652045 | 330.46 |
| 08/13 | 210813P2  Square Inc Strawberry Family Rest CUSTOMER ID L208647026848 | 356.00 |
| 08/16 | 210816P2  Square Inc Strawberry Family Rest CUSTOMER ID L208647574205 | 672.93 |
| 08/16 | 210816P2  Square Inc Strawberry Family Rest CUSTOMER ID L208647574206 | 2,696.36 |
| 08/17 | 210817P2  Square Inc Strawberry Family Rest CUSTOMER ID L208647898780 | 271.66 |
| 08/18 | 210818P2  Square Inc Strawberry Family Rest CUSTOMER ID L208648180135 | 357.01 |
| 08/19 | DEBIT CARD RETURN RESTAURANTSTORE.CO 08-17 717-3927974    PA 4490 | 14.30 |
| 08/19 | 210819P2  Square Inc Strawberry Family Rest CUSTOMER ID L208648543595 | 436.48 |
| 08/20 | 210820P2  Square Inc Strawberry Family Rest CUSTOMER ID L208648826274 | 350.87 |
| 08/23 | 210823P2  Square Inc Strawberry Family Rest CUSTOMER ID L208649420618 | 628.39 |
| 08/23 | DEPOSIT | 1,400.00 |
| 08/23 | 210823P2  Square Inc Strawberry Family Rest CUSTOMER ID L208649420619 | 3,183.62 |
| 08/24 | 210824P2  Square Inc Strawberry Family Rest CUSTOMER ID L208649748946 | 216.73 |
| 08/25 | 210825P2  Square Inc Strawberry Family Rest CUSTOMER ID L208649999151 | 283.54 |
| 08/26 | 210826P2  Square Inc Strawberry Family Rest CUSTOMER ID L208650324489 | 295.88 |
| 08/27 | 210827P2  Square Inc Strawberry Family Rest CUSTOMER ID L208650668039 | 390.20 |
| 08/30 | 210830P2  Square Inc Strawberry Family Rest CUSTOMER ID L208651236522 | 446.09 |
| 08/30 | 210830P2  Square Inc Strawberry Family Rest CUSTOMER ID L208651236523 | 2,894.73 |
| 08/31 | 210831P2  Square Inc Strawberry Family Rest CUSTOMER ID L208651581487 | 278.86 |
| Total deposits, credits and interest | | = $24,788.20 |

**Fill in this information to identify the case:**

Debtor Name  Scott A. Thomas

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number:  21-12333-elf

☐ Check if this is an
amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11                              12/17

Month:  Sept. 2021                                                    Date report filed:  11/12/2021
                                                                                         MM / DD / YYYY
Line of business:  Retail Restaurant                                  NAISC code:

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury
that I have examined the following small business monthly operating report and the accompanying
attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                    Scott A. Thomas

Original signature of responsible party    *Scott a. Thomas*

Printed name of responsible party      Scott A. Thomas

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  | If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.* | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
|  | If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.* |  |  |  |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Scott A. Thomas                                    Case number  21-12333-elf

| | | | |
|---|:---:|:---:|:---:|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☑ | ☐ | ☐ |

## 2. Summary of Cash Activity for All Accounts

**19. Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$  1,765.50

**20. Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.        $  42,317.82

**21. Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.        – $  41,016.88

**22. Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $  1,300.94

**23. Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

= $  3,066.94

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

**24. Total payables**        $  4,449.96

*(Exhibit E)*

Debtor Name  Scott A. Thomas                                    Case number  21-12333-elf

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                    $ _____0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                              5

27. What is the number of employees as of the date of this monthly report?                 5

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?       $ _____0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ ___10,000.00

30. How much have you paid this month in other professional fees?                          $ _____0.00

31. How much have you paid in total other professional fees since filing the case?         $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                                  $ _____

36. Total projected cash disbursements for the next month:                           − $ _____

37. Total projected net cash flow for the next month:                                 = $ _____

Debtor Name  Scott A. Thomas                                          Case number 21-12333-elf

### 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

Exhibit A

Question 5-

I couldn't close all the old bank accounts until I received checks for the new DIP accounts. There were also outstanding checks that were not deposited on a timely manner.

Exhibit B

Question 10-

Yes, because I couldn't write checks for the new accounts until I received checks.


Question 18-

I did allow the checks written before the filing of bankruptcy to clear the bank on the old accounts.

Exhibit C

| | |
|---|---|
| Credit card receipts: | $16,885.21 |
| Cash receipts: | <u>$25,432.11</u> |
| Total: | $42,317.82 |

## Exhibit D

Checks:

| Check number | Date | Payee | Amount | Purpose |
|---|---|---|---|---|
| 405 | 9/3/21 | R&R Provisions | $332.59 | Food |
| 406 | 9/3/21 | Gross Foods | $2,712.00 | Food |
| 407 | 9/6/21 | Winding Creek Septic | $360.00 | Pump Service |
| 408 | 9/10/21 | Harry Heimbach | $1038.00 | Restaurant mortgage |
| 409 | 9/10/21 | Home City Ice Chest | $424.00 | Yearly rental ice of ice chest |
| 410 | 9/10/21 | Rittenhouse Plumbing | $500.00 | Drain cleaning |
| 411 | 9/11/21 | Shopper's Guide | $92.00 | Advertising |
| 412 | 9/11/21 | Gross Foods | $3,945.04 | Food |
| 413 | 9/20/21 | R&R Provisions | $149.53 | Food |
| 414 | 9/22/21 | Winding Creek Septic | $360.00 | Sewer Pump |
| 415 | 9/24/21 | Gross Foods | $2,604.39 | Food |
| 416 | 9/26/21 | Shopper's Guide | $188.00 | Advertising |
| 417 | 9/28/21 | Sysco Foods | $1,137.43 | Food |
| 418 | 9/28/21 | R&R Provisions | $334.60 | Food |
| 419 | 9/30/21 | Gross Foods | $1,252.26 | Food |
| 420 | 9/30/21 | Golden Waffle | $350.41 | Food |
| **Total** | | | **$17,070.25** | |

## Exhibit D

### Cash Purchases & Debit

| Date | Payee | Amount | Purpose |
|------|-------|--------|---------|
| 9/3/21 | Hearth Basket | $201.33 | Rolls |
| 9/3/21 | Bimbo | $188.26 | Bread |
| 9/7/21 | Citrus Produce | $321.14 | Produce |
| 9/8/21 | Derstein's Food | $668.32 | Food |
| 9/10/21 | Bimbo Food | $201.16 | Bread |
| 9/10/21 | Hearth Bakery | 184.01 | Rolls |
| 9/14/21 | Citrus Produce | $388.90 | Produce |
| 9/14/21 | Chubb Ins. | $565.00 | Insurance |
| 9/16/21 | PPL | $1342.24 | Electric |
| 9/16/21 | Verizon | $205.79 | Telephone |
| 9/17/21 | Hearth Bakery | $134.98 | Rolls |
| 9/17/21 | | | |
| 9/21/21 | Bimbo | $211.06 | Bread |
| 9/24/21 | Citrus Produce | $281.01 | Produce |
| 9/24/21 | Hearth Bakery | $228.03 | Rolls |
| 9/28/21 | Bimbo | $210.11 | Bread |
| 9/28/21 | Citrus Produce | $314.15 | Produce |
| 9/28/21 | Restaurant Store | $1371.97 | Restaurant goods |
| 9/21 | Amazon | $425.78 | Misc. goods |
| 9/21 | Band | $2,450.00 | |
| **Total** | | **$9,893.24** | |

Exhibit D

Payroll:      $11,829.10

Repairs, store goods and miscellaneous:  $2,224.29

## Exhibit E

Taxes- Quarterly (July, August, September)

PA Unemployment- $479.50   due 10/29/2021

Local Berkheimer-  $174.25   due 10/29/2021

Federal-            $2,377.77 due 10/29/2021

Termac-             $678.44    due now

Whitetail Disposal- $740.00    due 10/30/201

**Total:**          **$4,449.96**



Page 1 of 3   09/30/21
PA



719-71-01-00 20195 0 C 001 30   50 004
SCOTT A THOMAS
DBA STRAWBERRY FAMILY RESTAURANT
3152 MIDDLE CREEK RD
GILBERTSVILLE PA  19525-9465

# Your account statement

For 09/30/2021

## Contact us

 BBT.com

  (800) BANK-BBT or
(800) 226-5228

## Coming soon

**Important information about your transition from BB&T to Truist is on the way. You'll receive your details by mail in September 2021.**

©2021, Truist Financial Corporation. Truist Bank, Member FDIC.

■ BUSINESS VALUE 200        3208

### Account summary

| | |
|---|---|
| Your previous balance as of 08/31/2021 | $2,900.93 |
| Checks | - 16,810.04 |
| Other withdrawals, debits and service charges | - 4,684.93 |
| Deposits, credits and interest | + 18,382.00 |
| Your new balance as of 09/30/2021 | = $-212.04 |

### Checks

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|------|---------|-----------|------|---------|-----------|------|---------|-----------|
| 09/01 | 403 | 1,786.58 | 09/20 | 409~ | | 09/28 | 415 | 2,604.39 |
| 09/08 | 404 | 39.58 | 09/28 | 410 | 500.00 | 09/21 | 416 | 188.00 |
| 09/07 | 405 | 332.59 | 09/14 | 411 | 92.00 | 09/30 | 417 | 1,137.43 |
| 09/13 | 406 | 2,712.00 | 09/21 | 412 | 3,945.34 | 09/27 | 418 | 334.60 |
| 09/13 | 407 | 360.00 | 09/20 | 413 | 149.53 | 09/07 | *9999 | 1,230.00 |
| 09/16 | 408 | 1,038.00 | 09/17 | 414 | 360.00 | | | |

* indicates a skip in sequential check numbers above this item
~ indicates an electronically converted check. See "Other withdrawals, debits and service charges"

Total checks        = $16,810.04

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|------|-------------|-----------|
| 09/08 | DEBIT CARD PURCHASE MONSTER SCOOTER PA 09-07 800-7980325    CO 4490 | 346.98 |
| 09/08 | DEBIT CARD PURCHASE AMZN Mktp US*258WV 09-07 Amzn.com/bill  WA 4490 | 98.00 |
| 09/08 | DEBIT CARD PURCHASE AMZN Mktp US*2G35I 09-08 Amzn.com/bill  WA 4490 | 60.41 |
| 09/14 | DEBIT CARD PURCHASE RESTAURANTSTORE.CO 09-13 717-392-7974  PA 4490 | 108.59 |
| 09/14 | ACH CORP DEBIT INS.PREM  CHUBB-SCI Chubb, Chubb CUSTOMER ID SCI | 565.00 |
| 09/16 | ACH CORP DEBIT ELEC BILL  PP STRAWBERRY FAMILY RE CUSTOMER ID 1154021030 | 1,338.74 |
| 09/16 | TELEPHONE PAYMENT BILLPAYFEE BILLMATRIX 7934645102 | 3.50 |
| 09/16 | TELEPHONE PAYMENT BILL PAY  FIS*VERIZON 7934645101 | 205.79 |
| 09/20 | DEBIT CARD PURCHASE RESTAURANTSTORE.CO 09-17 717-392-7974  PA 4490 | 787.63 |
| 09/20 | DEBIT CARD PURCHASE RESTAURANTSTORE.CO 09-17 717-392-7974  PA 4490 | 439.32 |
| 09/20 | DEBIT CARD PURCHASE RESTAURANTSTORE.CO 09-17 717-392-7974  PA 4490 | 36.43 |

*continued*

■ BUSINESS VALUE 200          ̶ ̶ ̶ ̶ ̶3208 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|------|-------------|-----------|
| 09/20 | CONVERTED CHECK - BOC CHECKPAYMT HOME CITY ICE 00409409 | 424.00 |
| 09/23 | DEBIT CARD PURCHASE AMZN Mktp US*2C4CJ 09-22 Amzn.com/bill  WA 4490 | 116.70 |
| 09/30 | DEBIT CARD PURCHASE AMZN Mktp US*2C8U5 09-29 Amzn.com/bill  WA 4490 | 80.75 |
| 09/30 | DEBIT CARD PURCHASE AMZN Mktp US*2C6JD 09-29 Amzn.com/bill  WA 4490 | 37.09 |
| 09/30 | PRIOR DAY OD FEE-$36/ITM | 36.00 |
| Total other withdrawals, debits and service charges | | = $4,684.93 |

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT($) |
|------|-------------|-----------|
| 09/01 | 210901P2  Square Inc Strawberry Family Rest CUSTOMER ID L208651858067 | 267.77 |
| 09/02 | 210902P2  Square Inc Strawberry Family Rest CUSTOMER ID L208652157681 | 365.18 |
| 09/03 | 210903P2  Square Inc Strawberry Family Rest CUSTOMER ID L208652504976 | 624.70 |
| 09/07 | 210906P2  Square Inc Strawberry Family Rest CUSTOMER ID L208653103159 | 631.94 |
| 09/07 | 210907P2  Square Inc Strawberry Family Rest CUSTOMER ID L208653417524 | 995.44 |
| 09/07 | 210906P2  Square Inc Strawberry Family Rest CUSTOMER ID L208653103160 | 2,882.33 |
| 09/08 | 210908P2  Square Inc Strawberry Family Rest CUSTOMER ID L208653662690 | 276.03 |
| 09/09 | 210909P2  Square Inc Strawberry Family Rest CUSTOMER ID L208653985425 | 167.18 |
| 09/10 | 210910P2  Square Inc Strawberry Family Rest CUSTOMER ID L208654893208 | 314.44 |
| 09/13 | 210913P2  Square Inc Strawberry Family Rest CUSTOMER ID L208654893208 | 461.56 |
| 09/13 | 210913P2  Square Inc Strawberry Family Rest CUSTOMER ID L208654893209 | 2,748.57 |
| 09/14 | 210914P2  Square Inc Strawberry Family Rest CUSTOMER ID L208655231488 | 203.87 |
| 09/15 | 210915P2  Square Inc Strawberry Family Rest CUSTOMER ID L208655498054 | 292.86 |
| 09/16 | 210916P2  Square Inc Strawberry Family Rest CUSTOMER ID L208655817848 | 388.11 |
| 09/17 | 210917P2  Square Inc Strawberry Family Rest CUSTOMER ID L208656167007 | 338.95 |
| 09/20 | 210920P2  Square Inc Strawberry Family Rest CUSTOMER ID L208656752509 | 310.84 |
| 09/20 | 210920P2  Square Inc Strawberry Family Rest CUSTOMER ID L208656752510 | 2,457.97 |
| 09/21 | 210921P2  Square Inc Strawberry Family Rest CUSTOMER ID L208657087999 | 287.90 |
| 09/22 | 210922P2  Square Inc Strawberry Family Rest CUSTOMER ID L208657342198 | 295.52 |
| 09/23 | 210923P2  Square Inc Strawberry Family Rest CUSTOMER ID L208657659728 | 192.02 |
| 09/24 | 210924P2  Square Inc Strawberry Family Rest CUSTOMER ID L208658017355 | 345.50 |
| 09/27 | 210927P2  Square Inc Strawberry Family Rest CUSTOMER ID L208658629326 | 224.37 |
| 09/27 | 210927P2  Square Inc Strawberry Family Rest CUSTOMER ID L208658629327 | 2,533.46 |
| 09/28 | 210928P2  Square Inc Strawberry Family Rest CUSTOMER ID L208658930369 | 270.88 |
| 09/29 | 210929P2  Square Inc Strawberry Family Rest CUSTOMER ID L208659169480 | 249.90 |
| 09/30 | 210930P2  Square Inc Strawberry Family Rest CUSTOMER ID L208659509763 | 254.71 |
| Total deposits, credits and interest | | = $18,382.00 |

# Initiate Business Checking<sup>SM</sup>

September 30, 2021  ■  Page 1 of 4



SCOTT A THOMAS DBA STRAWBERRY FAMILY
RESTAURANT, DEBTOR IN POSSESSION
CH 11 CASE  # 21-12333(EPA)
3152 MIDDLE CREEK RD
GILBERTSVILLE PA 19525-9465

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-CALL-WELLS**  (1-800-225-5935)

*En español: 1-877-337-7454*

Online:  wellsfargo.com/biz

Write:  Wells Fargo Bank, N.A. (345)
        P.O. Box 6995
        Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☐ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |



# IMPORTANT ACCOUNT INFORMATION

**Revised USPS service standards effective 10/1/21**

Effective October 1, 2021, the United States Postal Service (USPS) has revised its service standards for certain First-Class Mail items, resulting in a delivery window of up to five days. Please note this may delay your receipt of mail from us and our receipt of mail from you. Please take this change into account when mailing items to us via USPS.

Consider signing into Wells Fargo Online® for quicker access to your account information.

We're making important changes to the terms and conditions of some of our accounts. If these changes affect you, they will be included in the Important Account Information section associated with your specific account.

September 30, 2021 ■ Page 2 of 4



**WELLS FARGO**

---

## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 9/7 | $0.00 |
| Deposits/Credits | 200.00 |
| Withdrawals/Debits | - 37.07 |
| **Ending balance on 9/30** | **$162.93** |

Account number:    _  8206

SCOTT A THOMAS DBA STRAWBERRY FAMILY
RESTAURANT, DEBTOR IN POSSESSION
CH 11 CASE  # 21-12333(EPA)

*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 031000503

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

---

## Transaction history

| Date | Check Number | Description | | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---:|---:|---:|
| 9/7 | | Deposit | | 200.00 | | 200.00 |
| 9/14 | | Harland Clarke Check/Acc. | Scott A Thomas | | 37.07 | 162.93 |
| **Ending balance on 9/30** | | | | | | 162.93 |
| **Totals** | | | | **$200.00** | **$37.07** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 09/07/2021 - 09/30/2021 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. Your fee waiver is about to expire. You will need to meet one of the requirements to avoid the monthly service fee.

| How to avoid the monthly service fee Have any ONE of the following account requirements | Minimum required | This fee period |
|---|---:|---:|
| · Average ledger balance | $1,000.00 | $174.00 ☐ |
| · Minimum daily balance | $500.00 | $162.93 ☐ |

C1/C1

---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---:|---:|---:|---:|---:|
| Cash Deposited ($) | 200 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 0 | 100 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

**Fill in this information to identify the case:**

Debtor Name  Scott A. Thomas

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number: 21-12333

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11                    12/17

Month:        October

Line of business:  Restaurant

Date report filed:  11/21/2021
MM / DD / YYYY

NAISC code:  _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:              Scott A. Thomas

Original signature of responsible party   *Scott A. Thomas*

Printed name of responsible party     Scott A. Thomas

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☑ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name Scott A. Thomas                                  Case number 21-12333

17. Have you paid any bills you owed before you filed bankruptcy?                    ☐  ☑  ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☑  ☐  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.                    $ 3,066.94

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.                    $ 82,498.56

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.                    – $ 46,806.39

    Report the total from *Exhibit D* here.

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.                    + $ 35,692.17
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.                    = $ 38,759.11

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                    $ 0.00

    *(Exhibit E)*

Debtor Name Scott A. Thomas                                    Case number 21-12333

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                          $          0.00

  *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                      5
27. What is the number of employees as of the date of this monthly report?          5

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $          0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $     10,000.00
30. How much have you paid this month in other professional fees?          $          0.00
31. How much have you paid in total other professional fees since filing the case?          $          0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A |  | Column B |  | Column C |
|---|---|---|---|---|---|
|  | **Projected** | — | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $_____ | — | $_____ | = | $_____ |
| 33. **Cash disbursements** | $_____ | — | $_____ | = | $_____ |
| 34. **Net cash flow** | $_____ | — | $_____ | = | $_____ |

35. Total projected cash receipts for the next month:                              $_____

36. Total projected cash disbursements for the next month:                       - $_____

37. Total projected net cash flow for the next month:                            = $_____

Debtor Name  Scott A. Thomas                              Case number 21-12333

## ■ 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

# Exhibit A

Question 5-

I didn't have the credit card setup until 10/12/21 on the new account.

# Exhibit B

Question 10-

Waiting for all checks and debits to clear.


Question 15-

Accepted an advance on future credit card sales of $31,000 on 10/20/21.

# Exhibit C

| | |
|---|---|
| Credit card receipts: | $20,819.18 |
| Cash receipts: | $30,679.38 |
| Square, Inc. loan: | <u>$31,000.00</u> |
| Total: | $82,498.56 |

## Exhibit D

## Checks: Truist and Wells Fargo Accounts

| Date | Payee | Amount | Purpose |
|------|-------|--------|---------|
| 10/1/21 | Shoppers' Guide | $94.00 | Advertising |
| 10/4/21 | R&R Provisions | $296.10 | Food |
| 10/4/21 | Golden Waffle | $350.40 | Food |
| 10/4/21 | Gross Foods | $1,032.90 | Food |
| 10/10/21 | Selene Finance | $2,313.60 | Mortgage |
| 10/11/21 | Gross Foods | $1,148.50 | Food |
| 10/12/21 | Sysco | $985.76 | Food |
| 10/15/21 | Gross Foods | $2,709.90 | Food |
| 10/20/21 | Gross Foods | $2,422.21 | Food |
| 10/20/21 | Shoppers' Guide | $85.00 | Advertising |
| 10/20/21 | Medicare Insurance | $1,039.50 | Insurance |
| 10/21/21 | P&G Trading Co. | $1,623.32 | Food? |
| 10/26/21 | R& R Provisions | $609.75 | Food |
| 10/27/21 | Shoppers' Guide | $105.00 | Advertising |
| 10/27/21 | Gross Foods | $2,317.01 | Food |
| 10/28/21 | P&G Trading | $541.12 | Food |
| 10/28/21 | Community connection | $300.00 | Advertising |
| 10/30/21 | Gross Foods | $3,122.42 | Food |
| **Total** | | **$21,096.49** | |

Tax payments:

| | | |
|------|------|------|
| 10/15/21 | Commonwealth of PA | $148.88 |
| 10/21/21 | Dept. of Treasury | $322.00 |
| 10/25/21 | Berks County | $55.00 |
| 10/28/21 | Dept. of Treasury | $1,079.99 |
| 10/29/21 | Berkheimer | $39.20 |
| 10/29/21 | Berkheimer | $135.05 |
| | | $1,780.12 |

## Exhibit D

### Cash Purchases and Debits

| Payee | Amount | Purpose |
|---|---|---|
| Citrus Produce | $1,468.83 | Produce |
| Providence Real Estate Management | $1,000.00 | Storage trailer |
| Faraco Knife Service | $80.00 | Knives |
| Hearth Bakery | $523.10 | Rolls and bread |
| Unifirst linens | $320.00 | Towels and aprons |
| Ellis Coffee | $364.00 | Coffee |
| Home City Ice | $234.40 | Ice |
| Bread Barn | $120.00 | Bread and rolls |
| Clover Farms Dairy | $715.53 | Dairy products |
| Bimbo | $689.86 | Bread and rolls |
| Bands | $1,500.00 | Live entertainment |
| Repairs, store misc. | $1,945.17 | Repairs |
| Gross Foods | $3,122.42 | Food |
| Amazon | $313.39 | Misc. goods |
| Restaurant Store | $82.62 | Restaurant goods |
| NFIB | $150.00 | Trade group |
| Whitetail Disposal | $976.82 | Trash removal |
| Bank fees | $143.00 | Bank fees |
| **Total:** | **$10,627.52** | |

Payroll: $13,302.26

# Exhibit E

10/21/2021  Advance from Square, Inc., Debtor's credit card processor, of $31,000 to purchase certain equipment for the restaurant.  14% to be deducted from future credit card sales until repaid.


Page 1 of 3
PA    10/29/21



719-71-01-00 20195 0 C 001 30    50 004
SCOTT A THOMAS
DBA STRAWBERRY FAMILY RESTAURANT
3152 MIDDLE CREEK RD
GILBERTSVILLE PA  19525-9465

# Your account statement

For 10/29/2021

## Contact us

 Truist.com

 (844) 4TRUIST or
(844) 487-8478

■ BUSINESS VALUE 200 CHECKING ▓▓▓▓3208

### Account summary

| | |
|---|---|
| Your previous balance as of 09/30/2021 | $-212.04 |
| Checks | - 5,469.06 |
| Other withdrawals, debits and service charges | - 1,482.68 |
| Deposits, credits and interest | + 7,453.46 |
| Your new balance as of 10/29/2021 | = $289.70 |

### Checks

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 10/04 | 348 | 296.10 | 10/04 | *420 | 350.40 | 10/01 | 422 | 94.00 |
| 10/12 | 349 | 985.76 | 10/04 | 421 | 1,032.90 | 10/15 | *424 | 2,709.90 |
| | | | | | | Total checks | | = $5,469.06 |

* indicates a skip in sequential check numbers above this item

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 10/01 | DEBIT CARD PURCHASE AMZN Mktp US*2C61A 10-01 Amzn.com/bill   WA  4490 | 82.62 |
| 10/01 | PRIOR DAY RET ITEM FEE-$36/ITM | 72.00 |
| 10/12 | DEBIT CARD PURCHASE AMZN Mktp US*2783V 10-11 Amzn.com/bill   WA  4490 | 41.80 |
| 10/13 | DEBIT CARD PURCHASE AMZN Mktp US*276FT 10-13 Amzn.com/bill   WA  4490 | 123.42 |
| 10/19 | RETURNED ITEM FEE | 36.00 |
| 10/25 | DEBIT CARD PURCHASE WHITETAIL DISPOSAL. 10-22 610-7540103      PA  4490 | 82.00 |
| 10/25 | INTERNET PAYMENT ACH      WHITETAIL DISPOS 610-754-0103 | 894.82 |
| 10/27 | INTERNET PAYMENT 8006342669 NFIB | 150.00 |
| Total other withdrawals, debits and service charges | | = $1,482.66 |

### Deposits, credits and interest

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 10/01 | 211001P2  Square Inc Strawberry Family Rest CUSTOMER ID L208659838572 | 518.28 |
| 10/04 | 211004P2  Square Inc Strawberry Family Rest CUSTOMER ID L208660423500 | 267.49 |
| 10/04 | 211004P2  Square Inc Strawberry Family Rest CUSTOMER ID L208660423501 | 2,609.52 |
| 10/05 | 211005P2  Square Inc Strawberry Family Rest CUSTOMER ID L208660782987 | 239.21 |
| 10/06 | 211006P2  Square Inc Strawberry Family Rest CUSTOMER ID L208661022499 | 339.80 |
| 10/07 | 211007P2  Square Inc Strawberry Family Rest CUSTOMER ID L208661355279 | 178.15 |
| 10/08 | 211008P2  Square Inc Strawberry Family Rest CUSTOMER ID L208661679481 | 260.63 |
| 10/12 | 211011P2  Square Inc Strawberry Family Rest CUSTOMER ID L208662285102 | 522.33 |
| 10/12 | 211011P2  Square Inc Strawberry Family Rest CUSTOMER ID L208662285103 | 2,363.37 |
| 10/14 | DEBIT CARD RETURN AMZN Mktp US 10-13 Amzn.com/bill   WA  4490 | 72.06 |

*continued*

0029830

| DATE | DESCRIPTION | AMOUNT($) |
|------|-------------|-----------|
| 10/20 | DEBIT CARD RETURN RESTAURANTSTORE.CO 10-18 717-3927974    PA  4490 | 82.62 |
| Total deposits, credits and interest | | = $7,453.46 |

October 31, 2021 ■ Page 2 of 7



**WELLS FARGO**

## Summary of accounts

### *Checking/Prepaid and Savings*

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Initiate Business Checking℠ | 2 | ●●●●6206 | 162.93 | 27,708.70 |
| Business Market Rate Savings | 4 | ●●●●3200 | 152.15 | 2,327.04 |
| | | **Total deposit accounts** | **$315.08** | **$30,035.74** |

## Initiate Business Checking℠

### Statement period activity summary

| | |
|---|---|
| Beginning balance on 10/1 | $162.93 |
| Deposits/Credits | 43,751.11 |
| Withdrawals/Debits | - 16,205.34 |
| **Ending balance on 10/31** | **$27,708.70** |

Account number:  ●●●●8206

SCOTT A THOMAS DBA STRAWBERRY FAMILY
RESTAURANT, DEBTOR IN POSSESSION
CH 11 CASE  # 21-12333(EPA)
*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ●●●●●●●

For Wire Transfers use
Routing Number (RTN): ●●●●●●●

### Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements
please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 10/12 | | Square Inc Sdv-Vrfy 211012 T200411458555 Scott A Thomas | 0.01 | | |
| 10/12 | | Square Inc 211012P2 211012 L208662666565 Scott A Thomas | 253.22 | | |
| 10/12 | | Deposit | 2,350.00 | | |
| 10/12 | | Deposit | 215.70 | | |
| 10/12 | < | Business to Business ACH Debit - Square Inc Sdv-Vrfy 211012 T200411458556 Scott A Thomas | | 0.01 | 2,981.85 |
| 10/13 | | Square Inc 211013P2 211013 L208662990900 Scott A Thomas | 280.78 | | 3,262.63 |
| 10/14 | | Square Inc 211014P2 211014 L208663321028 Scott A Thomas | 192.59 | | 3,455.22 |
| 10/15 | | Square Inc 211015P2 211015 L208663655817 Scott A Thomas | 285.80 | | 3,741.02 |
| 10/18 | | Square Inc 211018P2 211018 L208664318314 Scott A Thomas | 369.68 | | |
| 10/18 | | Square Inc 211018P2 211018 L208664318315 Scott A Thomas | 2,988.82 | | 7,099.52 |
| 10/19 | | Square Inc 211019P2 211019 L208664527541 Scott A Thomas | 98.89 | | |
| 10/19 | 1001 | Check | | 2,313.60 | 4,884.81 |
| 10/20 | | Square Inc 211020P2 211020 L208664851599 Scott A Thomas | 427.28 | | |
| 10/20 | | Square Inc Sq Cap9960 211019 T200413853467 Scott A Thomas | 31,000.00 | | |
| 10/20 | | Online Transfer to Scott A Thomas Business Market Rate Savings xxxxxx3200 Ref #Ib0Cnx2Qyr on 10/20/21 | | 4,000.00 | 32,312.09 |
| 10/21 | | Square Inc 211021P2 211021 L208665175835 Scott A Thomas | 259.84 | | |
| 10/21 | 1010 | Check | | 85.00 | |
| 10/21 | 1009 | Check | | 1,623.32 | |
| 10/21 | 1002 | Check | | 1,148.52 | 29,715.09 |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 10/22 | | Square Inc 211022P2 211022 L208665518999 Scott A Thomas | 495.84 | | 30,210.93 |
| 10/25 | | Square Inc 211025P2 211025 L208666177448 Scott A Thomas | 668.61 | | |
| 10/25 | | Square Inc 211025P2 211025 L208666177449 Scott A Thomas | 2,724.61 | | |
| 10/25 | 1008 | Check | | 2,422.41 | 31,181.74 |
| 10/26 | | Square Inc 211026P2 211026 L208666389956 Scott A Thomas | 186.11 | | 31,367.85 |
| 10/27 | | Square Inc 211027P2 211027 L208666712527 Scott A Thomas | 343.94 | | |
| 10/27 | 1015 | Check | | 105.00 | |
| 10/27 | ^ 1011 | Cms Medicare Payment 211026 1011 Pusb04212992065797 | | 1,039.60 | |
| 10/27 | 1012 | Check | | 609.75 | 29,957.44 |
| 10/28 | | Square Inc 211028P2 211028 L208667037725 Scott A Thomas | 169.38 | | |
| 10/28 | 1016 | Check | | 541.12 | |
| 10/28 | 1014 | Check | | 2,317.01 | 27,268.69 |
| 10/29 | | Square Inc 211029P2 211029 L208667377364 Scott A Thomas | 440.01 | | 27,708.70 |
| Ending balance on 10/31 | | | | | 27,708.70 |
| **Totals** | | | **$43,751.11** | **$16,205.34** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

^  *Converted check: Check converted to an electronic format by your payee or designated representative. Checks converted to electronic format cannot be returned, copied or imaged.*

<  *Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Summary of checks written    (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|------|------|------|------|------|------|------|------|------|
| 1001 | 10/19 | 2,313.60 | 1010 | 10/21 | 85.00 | 1014 * | 10/28 | 2,317.01 |
| 1002 | 10/21 | 1,148.52 | 1011 | 10/27 | 1,039.60 | 1015 | 10/27 | 105.00 |
| 1008 * | 10/25 | 2,422.41 | 1012 | 10/27 | 609.75 | 1016 | 10/28 | 541.12 |
| 1009 | 10/21 | 1,623.32 | | | | | | |

* Gap in check sequence.

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 10/01/2021 - 10/31/2021 | Standard monthly service fee $10.00 | You paid $0.00 |
|------|------|------|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. This is the final period with the fee waived. For the next fee period, you need to meet one of the requirements to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|------|------|------|
| Have any ONE of the following account requirements | | |
| · Average ledger balance | $1,000.00 | $12,589.00 ☑ |
| · Minimum daily balance | $500.00 | $162.93 ☐ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.

C1/C1

October 31, 2021 ■ Page 4 of 7



---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 1,000 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 18 | 100 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

---

**Other Wells Fargo Benefits**

Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to 10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.

# Business Market Rate Savings

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 10/13 | $152.15 |
| Deposits/Credits | 4,000.01 |
| Withdrawals/Debits | - 1,825.12 |
| **Ending balance on 10/31** | **$2,327.04** |

Account number: ⬛⬛⬛8200

**SCOTT A THOMAS DBA STRAWBERRY FAMILY RESTAURANT, DEBTOR IN POSSESSION CH 11 CASE  # 21-12333(EPA)**

*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ⬛⬛⬛⬛

For Wire Transfers use
Routing Number (RTN): ⬛⬛⬛⬛

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.01 |
| Average collected balance | $2,037.98 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.01 |
| Interest paid this year | $0.01 |

---

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 10/15 | < | Business to Business ACH Debit - Commwlthofpa Int Paemploytx 210930 xxxxx0094 Txp*94130319 *1051 *210930*T*0000014888* *P | | 148.88 | 3.27 |
| 10/18 | | NSF Return Item Fee for a Transaction Received on 10/15 $1,079.99 IRS Usataxpymt 101521 270168816452 022 Scott A Thomas | | 35.00 | -31.73 |

October 31, 2021  ■  Page 5 of 7



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 10/20 | | Online Transfer From Scott A Thomas Business Checking xxxxxx8206 Ref #Ib0Cnx2Qyr on 10/20/21 | 4,000.00 | | |
| 10/20 | 1021 | Check | | 332.00 | 3,636.27 |
| 10/25 | 1022 | Check | | 55.00 | 3,581.27 |
| 10/28 | < | Business to Business ACH Debit - IRS Usataxpymt 102821 270170114361002 Scott A Thomas | | 1,079.99 | 2,501.28 |
| 10/29 | | Berk Tax Pmt Emp Emp Webpay 211029 Erlst725770 Strawberry House Famil | | 39.20 | |
| 10/29 | | Berk Tax Pmt Emp Emp Webpay 211029 Erfin1492638 Strawberry House Famil | | 135.05 | |
| 10/29 | | Interest Payment | 0.01 | | 2,327.04 |
| **Ending balance on 10/31** | | | | | **2,327.04** |
| **Totals** | | | **$4,000.01** | **$1,825.12** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< *Business to Business ACH:If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

### Summary of checks written  *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|
| 1021 | 10/20 | 332.00 | 1022 | 10/25 | 55.00 |

### Items returned unpaid

| Date | Description | Amount |
|------|-------------|--------|
| 10/18 | IRS Usataxpymt 101521 270168815452022 Scott A Thomas Reference #   061036010072935 | 1,079.99 |

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 10/01/2021 - 10/31/2021 | Standard monthly service fee $5.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee.  This is the final period with the fee waived. For the next fee period, you need to meet one of the requirements to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any ONE of the following account requirements | | |
| ·  Minimum daily balance | $300.00 | -$31.73  ☐ |
| ·  Total automatic transfers from an eligible Wells Fargo business checking account | $25.00 | $0.00  ☐ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
YCIYC



## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Deposited Items | 0 | 20 | 0 | 0.50 | 0.00 |
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

October 31, 2021 ■ Page 2 of 4



Get started at wellsfargo.com/personalloan.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 10/13 | $174.00 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 0.00 |
| **Ending balance on 10/31** | **$174.00** |

Account number: ●●●●4446

**SCOTT A THOMAS**
**DEBTOR IN POSSESSION**
**CH 11 CASE  # 21-12333(EPA)**
*Pennsylvania account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN): 031000503

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 10/13/2021 - 10/31/2021 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. This is the final period with the fee waived. For the next fee period, you need to meet one of the requirements to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any ONE of the following account requirements | | |
| · Minimum daily balance | $500.00 | $174.00 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Age of primary account owner | 17 - 24 | |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | ☐ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
RC/RC



# IMPORTANT ACCOUNT INFORMATION

### Other Wells Fargo Benefits

Effective December 1, 2021, there is no outgoing wire fee when customers send an outgoing international wire in foreign currency using the Wells Fargo Mobile[5] app or Wells Fargo Online[6]. Otherwise, the outgoing international foreign currency wire fee is $35.

In addition to the transfer fee, Wells Fargo makes money when it converts one currency to another currency for you. For additional information related to Wires and foreign currency, please see wellsfargo.com/online-banking/transfers/online-wires-terms-upcoming.

### Can we reach you when it's really important?

Don't miss suspicious-activity alerts and critical account information. Please make sure your contact information is current by:
- Signing on to wellsfargo.com or the Wells Fargo Mobile[5] app and navigating to the Update Contact Information page via My Profile
- Contacting the phone number at the top of your statement