UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                      :   Case No. 21-12333-ELF
   SCOTT A. THOMAS,      :
         Debtor          :   Chapter 11
                              :

## ORDER DISMISSING CASE

Upon consideration of the Debtor's Motion To Dismiss Case Pursuant 11 U.S.C. Section 1112(b) (the "Motion"), and any response thereto, it is

ORDERED that the Motion is GRANTED and the case is hereby DISMISSED.

BY THE COURT:

_____
Eric L. Frank
United States Bankruptcy Judge