UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 21-12333-ELF |
| SCOTT A. THOMAS, | : | |
| Debtor | : | Chapter 11 |

### CERTIFICATE OF SERVICE

I, John R. K. Solt, Esquire, attorney for Debtor, do hereby certify that I served a copy of the Debtor's Motion to Dismiss Case Pursuant to 11U.S.C. Section 1112(b), proposed Order, and Notice of Motion, Response Deadline and Hearing Date upon those parties on the Clerk's Service List, by electronic means via the CM/ECF system, and served the said documents upon all of the other individuals and entities listed below, by first class mail, on January 14, 2022:

MATTHEW GREGORY BRUSHWOOD on behalf of Creditor Larry L. Heimbach
mbrushwood@barley.com, jrachor@barley.com;cbrelje@barley.com;tshober@barley.com

RICHARD E. FURTEK, CPA
rfurtek@furtekassociates.com, crefl1@trustesolutions.net

JOHN HENRY SCHANNE on behalf of U.S. Trustee United States Trustee
John.Schanne@usdoj.gov

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

CHARLES GRIFFIN WOHLRAB on behalf of Creditor Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2014-1TT
cwohlrab@raslg.com

JAMES RANDOLPH WOOD on behalf of Creditor Upper Perkiomen School District
jwood@portnoffonline.com, jwood@ecf.inforuptcy.com

KERI P. EBECK on behalf of creditor Arch Mortgage Assurance Company
kebeck@bernsteinlaw.com

CHRISTOPHER R. MOMJIAN. Senior Deputy Attorney General, on behalf of Commonwealth of Pennsylvania, Department of Revenue
crmomjian@attorneygeneral.gov

Arch Mortgage Assurance Company
c/o Prober & Raphael, A Law Corporation
20750 Ventura Blvd., Suite 100
Woodland Hills, CA 91364

Arch Mortgage Assurance Company
P.O. Box 20327
Greensboro, NC 27420

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

BB&T Bank, now Truist
Bankruptcy Section
100-50-01-51
PO Box 1847
Wilson, NC 27894-1847

Synchrony Bank
c/o PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA 23541

First Data Merchant Services
1 Western Maryland Pkwy
Hagerstown, MD 21740-5146

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jermac Corporation
7330 Tulip Street
Philadelphia, PA 19136-4216

KML Law Group, PC
BNY Independence Center
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

Larry L. Heimbach
1095 Church Road
East Greenville, PA 18041-2214

Matthew Kells, Tax Collector
803 Gravel Park
PO Box 282
Palm, PA 18070-0282

Montgomery County Tax Claim Bureau
PO Box 190
Norristown, PA 19404-0190

Pennsylvania Dept. Of Revenue
Bureau of Compliance
Dept. 280946
Harrisburg, PA 17128-0946

Pennsylvania Dept. of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

Portfolio Recovery Associates LLC
PO Box 41067
Norfolk, VA 23541-1067

PPL Electric Utilities
2 N. 9th Street
Allentown, PA 18101-1139

Tabitha Knause
1543 E. Philadelphia Ave.
Gilbertsville, PA 19525-9466

United Guaranty Residential Insurance
Co. of NC
PO Box 20327
Greensboro, NC 27420-0327

Wells Fargo Bank, N.A.
Business Direct Division
100 W. Washington Street
8th Floor
Phoenix, AZ 85003-1803

Wilmington Savings Fund Society FSB
dba Christiana Trust
15480 Laguna Canyon Road
Suite 100
Irvine, CA 92618-2132

Molly Bauer, Tax Collector
PO Box 249
Gilbertsville, PA 19525-0249

Montgomery County Tax Claim Bureau
c/o Michael D. Vagnoni, Esq.
Centre Square West, Suite 3400
1500 Market Street
Philadelphia, PA 19102-2100

Scott A. Thomas
3152 Middle Creek Road
Gilbertsville, PA 19525-9465

Wilmington Savings Fund Society FSB
Selene Finance LP
9990 Richmond Ave., Suite 400
Attn. BK Dept.
Houston, TX 77042-4546

Date:  1/14/2022

JOHN R. K. SOLT, P.C.

By: /s/ John R. K. Solt
JOHN R. K. SOLT, ESQUIRE
I.D. No. 24686
2045 Westgate Drive, Suite 404B
Bethlehem, PA 18017
Phone: (610) 865-2465
Facsimile: (610) 691-2018
jsolt.soltlaw@rcn.com