UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : Case No. 21-12333-ELF |
| SCOTT A. THOMAS, | : |
| Debtor | : Chapter 11 |
| | : |

## ORDER DISMISSING CASE

Upon consideration of the Debtor's Motion To Dismiss Case Pursuant 11 U.S.C. Section 1112(b) (the "Motion"), and after a hearing, it is

**ORDERED** that the Motion is **GRANTED** and the case is hereby **DISMISSED**.

Date: 2/22/22

Eric L. Frank
United States Bankruptcy Judge